Stipulated dismissal with prejudice as to Defendants Bell, O'Malley, Mason, Dean, Williams-Byers, Bullard, Smith, Walker, Scalise and McGinty approved 6/12/14.

s/  James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| RICHARD A.F. MENDELSOHN, | ) | CASE NO. 1:13-cv-02572-JG |
|  | ) |  |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
|  | ) |  |
|  | ) | MAGISTRATE JUDGE NANCY |
|  | ) | VECCHIARELLI |
| vs. | ) |  |
|  | ) | **STIPULATION OF DISMISSAL WITH** |
|  | ) | **PREJUDICE OF ALL CLAIMS** |
|  | ) | **AGAINST DEFENDANTS BELL,** |
|  | ) | **O'MALLEY, MASON, DEAN,** |
| RICHARD BELL, *et al.*, | ) | **WILLIAMS-BYERS, BULLARD,** |
|  | ) | **SMITH, WALKER, SCALISE AND** |
| Defendants. | ) | **McGINTY** |

Pursuant to Rule 41(a)(A)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled matter hereby stipulate that all claims asserted in the above-captioned action against Defendants, Richard Bell, Michael C. O'Malley, William D. Mason, Beverly Dean, Gayle Williams-Byers, Marc Bullard, Kestra Smith, Janice Walker, Michael Scalise and Timothy McGinty, in their individual and official capacities, are hereby dismissed with prejudice, with each party waiving any and all rights of appeal.

Respectfully submitted,

*/s/ Richard A.F. Medelsohn*
Richard A.F. Mendelsohn
32790 Ledge Hill Drive
Solon, OH  44139
LKM329@aol.com
*Plaintiff Pro Se*

1